# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| Juan Diaz, | ) | Judge Chang |
| Plaintiff, | ) | |
| v. | ) | 1:21-cv-05961 |
| | ) | |
| Bubbles LLC d/b/a Bubbles Window Washing & Gutter Cleaning and Keith Thompson | ) ) | |
| | ) | Magis. Judge Cummings |
| Defendants. | ) | |

## Notice of Voluntary Dismissal

**Now comes** Plaintiff Juan Diaz, by his attorneys, and hereby dismisses this case with prejudice, pursuant to Rule 41(a)(A)(i).

/s/ James M. Dore

**Justicia Laboral LLC**
**James M. Dore (ARDC# 6296265)**
**Daniel I. Schlade (ARDC No. 6273008)**
*Attorneys for Plaintiffs*
6232 N. Pulaski Road, Suite 300
Chicago, IL 60646
P: 773.415.4898
E: jdore@justicalaboral.com
E: james@dorelawoffices.com; jmdore70@sbcglobal.net